■ In the Matter of DESIRAE C. HEINSLER, Appellant, v ROSEMARIE SERO, Respondent. In the Matter of ROSEMARIE SERO, Respondent, v DESIRAE C. HEINSLER, Appellant. [46 NYS3d 452]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered January 8, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that Rosemarie Sero shall continue to have sole custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Family Court. We add only that, even assuming, arguendo, that the court erred in admitting in evidence a document concerning the criminal history of petitioner-respondent's husband, we conclude that the error is harmless "because the record otherwise contains ample admissible evidence to support the court's determination" (*Matter of Matthews v Matthews*, 72 AD3d 1631, 1632 [2010], *lv denied* 15 NY3d 704 [2010]). Present—Carni, J.P., Lindley, NeMoyer, Troutman and Scudder, JJ.

■ LARRY E. BROWN, Respondent, v BG THRUWAY, LLC, et al., Appellants, et al., Defendants. [46 NYS3d 452]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered February 9, 2016. The order, among other things, denied in part the motion of defendants BG Thruway, LLC and DDR Corp. for summary judgment dismissing plaintiff's complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 14, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Carni, J.P., Lindley, NeMoyer, Troutman and Scudder, JJ.